# UNITED STATES DISTRICT COURT
# DISTRICT COURT OF PUERTO RICO

| | |
|---|---|
| **BANCRÉDITO HOLDING CORPORATION**<br><br>Plaintiff,<br><br>v.<br><br>**NATALIA I. ZEQUEIRA DIAZ, in her official capacity as Commissioner of the Office of the Commissioner of Financial Institutions of Puerto Rico**<br><br>and<br><br>**OFFICE OF THE COMMISSIONER OF FINANCIAL INSTITUTIONS OF PUERTO RICO**<br><br>Defendants. | CIVIL NO. 22-01644<br><br>Civil Rights, 42 USC §1983 |

## CORPORATE DISCLOSURE STATEMENT

TO THE HONORABLE COURT:

In compliance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, Plaintiff Bancrédito Holding Corporation ("BHC"), respectfully informs the Court that it is privately held by a private trust organized under the laws of England and Wales (the "Trust"). No publicly held corporation owns 10% or more of BHC's stock or of the Trust.

Respectfully submitted.

In San Juan, Puerto Rico, this 27th day of December, 2022.

*Counsel For Bancredito Holding Corporation*

| | |
|---|---|
| **The LS Law Firm** | **DLA Piper (Puerto Rico) LLC** |
| *(Pro-Hac Vice Pending)* | 500 Calle de la Tanca Ste. 401 |
| One Biscayne Tower, Suite 2530 | San Juan, PR 00901-1969 |
| 2 South Biscayne Blvd. | Tel. 787 281-8100 |
| Miami, Florida 33131 | |
| Telephone: (305) 503-5503 | */s/ Jose Alberto Sosa-Llorens* |
| Facsimile: (305) 503-6801 | Jose Alberto Sosa-Llorens |
| | USDC-PR No. 208602 |
| */s/ Lilly Ann Sanchez* | Email: Jose.Sosa@us.dlapiper.com |
| Lilly Ann Sanchez, Esq. | |
| Fla. Bar No. 195677 | */s/ Sonia Torres-Pabón* |
| Email: lsanchez@thelsfirm.com | Sonia Torres-Pabón |
| | USDCPR No 209310 |
| | Email: Sonia.torres@us.dlapiper.com |

**KASOWITZ BENSON TORRES LLP**
*(Pro-Hac Vice Pending)*
1633 Broadway
New York, New York 10019-6799
Telephone: (212) 506-1783

*/s/Jason M. Short*
Jason M. Short
N.Y. Bar No. 5140355
Email: JShort@Kasowitz.com

*/s/ Robin Rathnell*
Robin Rathnell
N.Y. Bar No. 5182001
Email: RRathmell@Kasowitz.com

*Albert Shemmy Mishaan*
Albert Shemmy Mishaan
N.Y. Bar No. 2701845
Email: AMishaan@Kasowitz.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will provide electronic notice to all counsel of record.

/s/ *Sonia Torres-Pabón*
Sonia I. Torres-Pabón