IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **BANCRÉDITO HOLDING CORPORATION,** <br><br> **Plaintiff,** <br><br> v. <br><br> **NATALIA I. ZEQUEIRA, <u>ET AL</u>.,** <br><br> **Defendants.** | **CIVIL NO.  22-1644 (PAD)** |

### JUDGMENT

In accordance with the Order issued today (Docket No. 73), judgment is hereby entered dismissing this case with prejudice.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 3rd day of April, 2023.

s/Pedro A. Delgado-Hernández
PEDRO A. DELGADO-HERNÁNDEZ
United States District Judge
